United States District Court
For the Northern District of California

*E-Filed 4/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON JAMES PIERCE, | No. C 09-3343 RS (PR) |
|     Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JEANETTE WOODFORD, et al., | |
|     Defendants. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. The complaint was dismissed with leave to amend. Although the order of dismissal was returned as undeliverable to the address on file, the docket indicates that plaintiff received the order by at least March 17, 2010. Plaintiff has not filed an amended complaint within the 30 day limit. Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: April 22, 2010

                                                RICHARD SEEBORG
                                                United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Aaron James Pierce
J-55222
North Kern State Prison
P.O. Box 5005
D-3 124-L
Delano, CA 93216-5005

DATED: 04/23/2010

s/ Chambers Staff<br>Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.